WALTER B. WELLBROCK, Appellant, v. JACOB H. KOHLMAN, Individually and as Executor, etc., and Others, Respondents, Impleaded with HENRY J. WELLBROCK, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concurred.

PHILIP B. WILLIAMS, Respondent, v. THE PERMALIFE STORAGE BATTERY COMPANY, INC., Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

*Decision by Mr. Justice Putnam on Application to Appeal from the Appellate Term.*

WILLIAM A. BUNTING, Appellant, v. DAVID P. SAMMON, Respondent.— Application denied, with ten dollars costs.

*Decisions by the Presiding Justice on Application to Appeal from the Appellate Term.*

JOSEPH BENISCH, Respondent, v. FREDERICK MEYERER, Appellant.— Application denied, with ten dollars costs.

THE RANAH COMPANY, INC., Appellant, v. JACOB MANDEL, Respondent, and Another, Defendant.— Application denied, with ten dollars costs.

SARAH SIMON, Respondent, v. ABRAM SIMON and Another, Appellants.— Application denied, with ten dollars costs.

---

## THIRD DEPARTMENT, APRIL, 1919.

In the Matter of the Application of the PENNSYLVANIA GAS COMPANY for a Writ of Prohibition Directed to the Public SERVICE COMMISSION, SECOND DISTRICT, and Others. Motion denied.

---

## FOURTH DEPARTMENT, APRIL, 1919.

AMELIA F. ZENKEL, Respondent, v. ONEIDA COUNTY CREAMERIES COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

GEORGE ALBERT WHITE and Another, Appellants, v. BAHRENBERG-HEINEY, INC., Respondent.— Judgment and order affirmed, with costs. All concurred.

BYRON S. ABBEY and Another, Appellants, v. CHARLES J. WICHMANN, Respondent.— Judgment of County Court reversed and judgment of Municipal Court affirmed, with costs to appellants in this court and in the County Court. Held, that there was sufficient evidence of an employment of the plaintiffs by the defendant through his agent to effect an exchange of defendant's property and that it was error to reverse the judgment of the Municipal Court upon the ground that the proof was insufficient to support the finding of such an employment. All concurred.